## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **RICHARD F. SCHEFFER** | **:** | |
| | **:** | |
| Plaintiff, | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | **Civil Action Number:** |
| **INTERNATIONAL PAPER** | **:** | |
| **COMPANY D/B/A XPEDX PAPER** | **:** | **Jury Trial Demanded** |
| **and GRAPHICS** | **:** | |
| | **:** | |
| Defendant. | **:** | |

## COMPLAINT

Plaintiff, by and through undersigned counsel, brings this complaint against

Defendant and pleads as follows:

## INTRODUCTION

1.

Plaintiff Richard F. Scheffer brings this action under the Fair Labor

Standards Act of 1938 (as amended) (29 U.S.C. § 201 et.seq.), hereinafter "the

FLSA". Plaintiff brings this action under the FLSA to recover the overtime pay

that was denied him and an additional amount as liquidated damages and for his

costs of litigation, including his reasonable attorneys' fees.

## JURISDICTION AND VENUE

2.

This Court has subject matter jurisdiction over the present action under Article III, § 2 of the United States Constitution, FLSA §16(b), 29 U.S.C. § 216(b), 28 U. S.C §§ 1331 and 1337, because this case arises under the FLSA, a federal statute that affects interstate commerce.

3.

Venue properly lies in the Northern District of Georgia under 28 U.S.C. § 1391 because Defendant International Paper Company is located in this judicial district; and all the events giving rise to the claims herein arose in this judicial district.

## THE PARTIES

4.

Plaintiff resides within Gwinnett County, Georgia.

5.

International Paper Company employed Plaintiff Richard F. Scheffer as a store manager in and around Norcross, Georgia from December 3, 2003 until September 23, 2010.

6.

From on or about February 9, 2008 until September 23, 2010, Plaintiff

Richard F. Scheffer was an "employee" as defined in the FLSA § 3(e)(1), 29

U.S.C. § 203(e)(1).

7.

From on or about February 9, 2008 until September 23, 2010, Plaintiff

Richard F. Scheffer was "engaged in commerce" as defined in FLSA, § 7(a)(1), 29

U.S.C. § 207(a)(1).

8.

From on or about February 9, 2008 until September 23, 2010, Plaintiff

Richard F. Scheffer was engaged in the "production of goods for commerce" as

defined in FLSA, § 7(a)(1), 29 U.S.C. § 207(a)(1)

9.

International Paper Company is a corporation authorized to do business in

the State of Georgia.

10.

At all times material hereto, Defendant International Paper Company was an

"employer" as defined in FLSA § 3(d), 29 U.S.C. §203(d).

11.

From on or about February 9, 2008 until September 23, 2010, Defendant International Paper Company was "engaged in commerce" as defined in FLSA, § 7(a)(1), 29 U.S.C. § 207(a)(1).

12.

From on or about February 9, 2008 until September 23, 2010, Defendant International Paper Company was engaged in the "production of goods for commerce" as defined in FLSA, § 7(a)(1), 29 U.S.C. § 207(a)(1)

13.

At all time material hereto, Defendant International Paper Company was an "enterprise engaged in commerce" as defined in FLSA § 3(s)(1)(A), 29 U.S.C. § 203(s)(1 )(A).

14.

Defendant International Paper Company is subject to the personal jurisdiction of this Court.

15.

Defendant classified Plaintiff as an executive and, therefore, exempt from the requirement to pay for overtime under the FLSA.

16.

Plaintiff, in fact, did not meet the requirements for the executive exemption because his primary duty was not management within the meaning of the Fair Labor Standards Act and its regulations.

## COUNT I — FAILURE TO PAY OVERTME

17.

The allegations in all previous paragraphs above are incorporated by reference as if fully set out in this paragraph.

18.

At all times material hereto, Richard F. Scheffer was an employee covered by the FLSA and entitled to the overtime protections set forth in FLSA § 7(a), 29 U.S.C. § 207(a).

19.

During his employment with Defendant, Richard F. Scheffer regularly worked in excess of forty (40) hours each week.

20.

Defendant failed to pay Richard F. Scheffer at one and one half times his regular rate for work in excess of forth (40) hours in any week from February 9, 2008 through September 23, 2010.

21.

Defendant willfully failed to pay Richard F. Scheffer at one and one half times his regular rate for work in excess of forth (40) hours in any week from February 9, 2008 through September 23, 2010.

22.

Plaintiff is entitled to payment of overtime in an amount to be determined at trial, in accordance with FLSA § 16(b), 29 U.S.C. § 216(b).

23.

As a result of the underpayment of overtime compensation as alleged above, Plaintiff is entitled to liquidated damages in accordance with FLSA § 16(b), 29 U.S.C. § 216(b).

24.

As a result of the underpayment of overtime compensation as alleged above, Plaintiff is entitled to his litigation costs, including his reasonable attorneys' fees in accordance with FLSA § 16(b); 29 U.S.C. § 216(b).

25.

WHEREFORE, Plaintiff respectfully prays:

1. That Plaintiff's claims be tried before a jury;

2. As to Count I, that Plaintiff be awarded an amount to be determined at trial

against Defendant in unpaid overtime compensation due under the FLSA, plus an additional like amount in liquidated damages;

3. That Plaintiff be awarded costs of litigation, including his reasonable attorneys' fees from Defendant; and

4. For such other and further relief as the Court deems just and proper.

*Kevin D. Fitpatrick, Jr.*                          *Charles R. Bridgers*
Kevin D. Fitzpatrick, Jr.                           Charles R. Bridgers
Ga. Bar No. 262375                                  Ga. Bar No. 080791
3100 Centennial Tower                               3100 Centennial Tower
101 Marietta Street                                 101 Marietta Street
Atlanta, GA 30303                                   Atlanta, GA 30303
(404) 979-3171                                      (404) 979-3150
(404) 979-3170 (f)                                  (404) 979-3170 (f)
kevin.fitzpatrick@dcbflegal.com                     charlesbridgers@dcbflegal.com

Counsel for Plaintiff                               Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Richard F. Scheffer | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | **Civil Action Number:** |
| International Paper Company | **:** | |
| | **:** | **Jury Trial Demanded** |
| **Defendant.** | **:** | |
| | **:** | |
| | **:** | |

## CERTIFICATE OF COUNSEL

        Pursuant to Local Rule 7.1, N.D.Ga., the above signatory attorney certified

that this pleading was prepared with Times New Roman (14 point), one of the

fonts and point selections approved by the Court in local Rule 5.1 B, N.D.Ga.

                    */s/ Kevin D. Fitzpatrick, Jr.*
                    Kevin D. Fitzpatrick
                    Georgia Bar No. 262375

                    */s/ Charles R. Bridgers*
                    Charles R. Bridgers
                    Georgia Bar No. 080791

                    Counsel for Plaintiff