# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **RICHARD F. SCHEFFER,**<br>         Plaintiff,<br>v.<br>**INTERNATIONAL PAPER COMPANY,**<br>d/b/a XPEDX PAPER AND GRAPHICS,<br>         Defendant. | Civil Action No. 1:11-CV-00406-AT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), consent to a dismissal with prejudice of this action, with each party to bear its own respective costs and fees.

This the 14th day of December, 2012.

| | |
|---|---|
| */s/ Kevin D. Fitzpatrick, Jr.* | */s/ Mark L. Keenan* |
| Kevin D. Fitzpatrick, Jr. | Mark L. Keenan |
| Georgia Bar No. 262375 | Georgia Bar No. 406830 |
| */s/ Charles R. Bridgers* | McKenna Long & Aldridge LLP |
| Charles R. Bridgers | 303 Peachtree Street, N.E. |
| Georgia Bar No.: 080791 | Suite 5300 |
| 3100 Centennial Tower | Atlanta, Georgia 30308 |
| 101 Marietta Street | (404) 527-4000 |
| Atlanta, Georgia 30303 | (404) 527-4198 (facsimile) |
| (404) 979-3150 | mkeenan@mckennalong.com |
| kevinfitzpatrick@dcbflegal.com | |
| charlesbridgers@dcbflegal.com | *ATTORNEYS FOR DEFENDANT* |
| | |
| *ATTORNEYS FOR PLAINTIFF* | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD F. SCHEFFER,**<br><br>          Plaintiff,<br><br>v.<br><br>**INTERNATIONAL PAPER COMPANY,**<br>**d/b/a XPEDX PAPER AND GRAPHICS,**<br><br>          Defendant. | **Civil Action No. 1:11-CV-00406-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 14th day of December, 2012.

3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA  30303
(404) 979-3150

*/s/ Kevin D. Fitzpatrick, Jr.*
Ga. Bar No. 262375
Counsel for Plaintiff